**E-FILED: 5/4/10**

JS - 6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Douglas E. Ewing, et al.* ) | NO. CV 09-5292-GHK (SHx) |
|    Plaintiffs, ) | |
|       v.     ) | **JUDGMENT** |
| *JPMorgan Chase Bank, N.A.* ) | |
|    Defendant. ) | |

   Pursuant to our May 4, 2010 Order dismissing Defendant JPMorgan Chase Bank, N.A. ("Defendant") from this action, **IT IS HEREBY ADJUDGED** that Plaintiffs Douglas E. Ewing and Patricia F. Ewing's claims are **DISMISSED WITH PREJUDICE** with respect to Defendant.

   **IT IS SO ORDERED**.

DATED: May 4, 2010

_____
GEORGE H. KING
United States District Judge